IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRANDON KENNEDY, )
 ) Civil Action No. 14 – 334
        Petitioner, )
 ) District Judge Arthur J. Schwab
    v. ) Chief Magistrate Judge Lisa Pupo Lenihan
 )
C. HALLER, *et al.*, )
 )
        Respondents. )
 )

## MEMORANDUM ORDER

AND NOW, this 22nd day of August, 2014, after Petitioner, Brandon Kennedy, initiated this case in the Middle District of Pennsylvania and was granted leave to proceed *in forma pauperis*; and after the case was transferred to this Court on March 14, 2014; and after a Report and Recommendation was issued by the Magistrate Judge recommending that the "Complaint; AND Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241" be dismissed to the extent that Petitioner seeks habeas relief and dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) to the extent he seeks relief other than release from custody; and after Petitioner was served with the Report and Recommendation and failed to file objections by the deadline; and upon consideration of the Report and Recommendation and an independent review of the record,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 8) is adopted as the Opinion of this Court.

**IT IS FURTHER ORDERED** that, for the reasons set forth in the Report and Recommendation, the "Complaint; AND Petition for a Writ of Habeas Corpus pursuant to 28

1

U.S.C. § 2241" is dismissed to the extent Petitioner seeks habeas relief and dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) to the extent he seeks relief other than his release from custody.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case closed.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

*[signature]*

Arthur J. Schwab
United States District Judge

cc: Brandon Kennedy
48998-039
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219
(*Via First Class Mail*)